

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2021

No. 04-21-00264-CR

Sheldon **BARNES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2021CR4518
Honorable Andrew Carruthers, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on August 25, 2021.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2021.

_____
Michael A. Cruz, Clerk of Court